# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   VASILLIOS D CLARK SR
§
§          Case No.: 11-33906
§
§
§
Debtor(s)
§
_____

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)   The case was filed on 08/18/2011.

2)   This case was confirmed on  N/A.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)   The case was dismissed on 02/08/2012.

6)   Number of months from filing to the last payment:  0

7)   Number of months case was pending:  10

8)   Total value of assets abandoned by court order:  NA

9)   Total value of assets exempted: $       800.00

10)   Amount of unsecured claims discharged without payment $       .00

11)   All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ .00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ .00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ .00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ .00 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ .00 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITY OF CHICAGO DEPT | UNSECURED | 1,378.00 | 1,178.40 | 1,178.40 | .00 | .00 |
| IL DEPT OF EMPLOYMEN | UNSECURED | 8,800.00 | 8,800.00 | 8,800.00 | .00 | .00 |
| CREDIT ACCEPTANCE CO | SECURED | 13,800.00 | 15,792.14 | .00 | .00 | .00 |
| CREDIT ACCEPTANCE CO | UNSECURED | 11,355.00 | NA | NA | .00 | .00 |
| GREATER CHICAGO FINA | SECURED | 5,475.00 | .00 | .00 | .00 | .00 |
| GREATER CHICAGO FINA | UNSECURED | 3,545.00 | 9,169.31 | 9,169.31 | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 1,000.00 | 788.27 | 788.27 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 3,000.00 | 2,430.00 | 2,430.00 | .00 | .00 |
| EMBARQ | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| ALLIANT CREDIT UNION | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| ALLIED CASH | UNSECURED | 503.00 | NA | NA | .00 | .00 |
| PEOPLES GAS | UNSECURED | 93.00 | NA | NA | .00 | .00 |
| ICE MOUNTAIN WATER | UNSECURED | 117.00 | NA | NA | .00 | .00 |
| METHODIST HOSPITALS | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| EMP OF COOK COUNTY | UNSECURED | 389.00 | NA | NA | .00 | .00 |
| EMP OF COOK COUNTY | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,269.22 | 1,269.22 | 1,269.22 | .00 | .00 |
| TIBERON TRAILS LLC | UNSECURED | 936.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 300.00 | 1,072.95 | 1,072.95 | .00 | .00 |
| COMCAST | UNSECURED | 371.00 | NA | NA | .00 | .00 |
| CREDIT ACCEPTANCE CO | OTHER | .00 | NA | NA | .00 | .00 |
| CREDIT ACCEPTANCE CO | UNSECURED | 912.42 | NA | NA | .00 | .00 |
| COX COMMUNICATIONS | UNSECURED | 432.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COX COMMUNICATIONS | UNSECURED | 263.00 | NA | NA | .00 | .00 |
| NW INDIANA RADIOLOGY | UNSECURED | 119.00 | NA | NA | .00 | .00 |
| NW INDIANA RADIOLOGY | UNSECURED | 83.00 | NA | NA | .00 | .00 |
| PATHOLOGY CONSULTANT | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 716.00 | 715.82 | 715.82 | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 396.18 | 426.18 | 426.18 | .00 | .00 |
| UNITED AIRLINES | UNSECURED | 632.00 | NA | NA | .00 | .00 |
| JPMORGAN CHASE | UNSECURED | 13,806.83 | NA | NA | .00 | .00 |
| THE EYE SPECIALISTS | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| THE LOAN MACHINE | UNSECURED | 200.00 | 249.26 | 249.26 | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 2,136.00 | NA | NA | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | 325.00 | NA | NA | .00 | .00 |
| ILLINOIS STATE TOLL | UNSECURED | 212.00 | NA | NA | .00 | .00 |
| ELMHURST RADIOLOGIST | UNSECURED | 318.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 1,100.00 | NA | NA | .00 | .00 |
| MACNEAL EMERGENCY PH | UNSECURED | 235.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 643.00 | 1,122.66 | 1,122.66 | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 479.00 | NA | NA | .00 | .00 |
| VILLAGE OF HOMEWOOD | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CHASE AUTO FINANCE | SECURED | NA | 12,656.48 | .00 | .00 | .00 |
| CHASE AUTO FINANCE | UNSECURED | NA | .00 | 12,656.48 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim<br>Allowed | Principal<br>Paid | Int.<br>Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 3,218.27 | .00 | .00 |
| **TOTAL PRIORITY:** | 3,218.27 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 36,660.28 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | .00 |
| Disbursements to Creditors | $ | .00 |
| | | |
| **TOTAL DISBURSEMENTS:** | $ | .00 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Dated:    06/04/2012                        /s/ Tom  Vaughn
                                            Tom  Vaughn,  Chapter  13  Trustee


**STATEMENT**        : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.


**UST Form 101-13-FR-S(9/01/2009)**